10. Prior to filing the final plat, the sponsor shall demonstrate to the satisfaction of the Spokane Regional Health District that suitable sites for on-site sewage disposal systems are available on all new tracts.

11. Prior to filing the final plat, the sponsor shall demonstrate to the satisfaction of the Spokane Regional Health District that the existing system serving the residence located on tract 3 is wholly located within the boundaries of the tract.

12. Subject to specific application approval and issuance of permits by the Health Officer, the use of individual on-site sewage disposal systems may be authorized.

13. The dedicatory language of the plat will state:

    "Subject to specific application approval and issuance of permits by the Health Officer, the use of individual on-site sewage disposal systems may be authorized."

14. The dedicatory language on the plat shall state:

    "Use of private wells and water systems is prohibited."

15. The final plat dedication shall contain the following statement:

    "The public water system, pursuant to the Water Plan approved by county and state health authorities, the local fire protection district, County Building and Safety Department and water purveyor, shall be installed within this subdivision and the applicant shall provide for individual domestic water service as well as fire protection to each tract prior to sale of each tract and prior to issuance of a building permit for each tract."

APPROVED THIS 12th DAY OF MAY, 2000



DEANNA C. WALTER
Associate Planner

Under State Law and County Ordinance, you have the right to appeal this decision to the Spokane County Hearing Examiner. If you desire to file an appeal, you must submit the appropriate **Appeal Application** together with the required **Fee**, payable to the Spokane County Division of Planning, within fourteen (14) calendar days after the decision is issued. Upon receipt of a complete appeal application, a public hearing will be scheduled.

If you have any questions, please call the Division of Planning at 477-7200.

c: Spokane County Division of Engineering, Traffic Circulation, Scott Engelhard c/o Sandy Kimball
Spokane County Division of Engineering, Development Services, Bill Hemmings
Spokane County Division of Utilities, Jim Red
Spokane County Stormwater Utility, Brenda Sims
Spokane Regional Health District, Steve Holderby
Spokane County Fire District No. 9
Spokane County Floodplain Coordinator, Tammie Williams
WA State Department of Ecology, Chris Merker
WA State Department of Fish and Wildlife, Rick Donaldson
Stevens County PUD, Larry Isaak
Boundary Review Board, Susan Winchell
Parties of Record
Mike Schmitz, Applicant/Agent
Marion Bond, Owner

Findings and Decision        SP-1227-00        Exhibit "A"        8

## SPOKANE COUNTY DIVISION OF UTILITIES

1. Pursuant to the Board of County Commissioners Resolution No. 80-0418, the use of on-site sewer disposal systems may be authorized. This authorization is conditioned in compliance with all rules and regulations of the Spokane County Health District and is further conditioned and subject to specific application approval and issuance of permits by the Health District.

2. Any water service for this project shall be provided in accordance with the Coordinated Water System Plan for Spokane County, as amended.

## SPOKANE REGIONAL HEALTH DISTRICT

1. The final plat shall be designed as indicated on the preliminary plat of record and/or any attached sheets as noted.

2. Appropriate utility easements shall be indicated on copies of the preliminary plat of record for distribution by the Planning Department to the utility companies, Spokane County Engineer, and the Spokane Regional Health District. Written approval of the easements by the utility companies shall be received prior to the submittal of the final plat.

3. Sewage disposal method shall be as authorized by the Director of Utilities, Spokane County.

4. Water service shall be coordinated through the Director of Utilities, Spokane County.

5. Water service shall be by an existing public water supply when approved by the Regional Engineer (Spokane), State Department of Health.

6. Prior to filing the final plat, the sponsor shall demonstrate to the satisfaction of the Spokane Regional Health District that an adequate and potable water supply is available to each tract of the plat.

7. Prior to filing the final plat, the sponsor shall present evidence that the plat lies within the recorded service area of the water system proposed to serve the plat.

8. A plan for water facilities adequate for domestic use, domestic irrigation use, and fire protection use shall be approved by the water purveyor. Said water plan must have been approved by the fire protection district and the appropriate health authorities. The health authorities, water supplier (purveyor), and the fire protection district will certify, prior to the filing of the final plant, on the face of said water plan that the plan is in conformance with their requirements and will adequately satisfy their respective needs. Said water plan and certification will be drafted on a transparency suitable for reproduction.

9. The purveyor will also certify prior to filing the final plant on a copy of said water plan that appropriate contractual arrangements have been made with the plat sponsor for construction of the water system, in accordance with the approved plan and time schedule. The time schedule will provide, in any case, for completion of the water system and inspection by the appropriate health authorities prior to application for building permits within the plat. The contractual arrangement will include a provision holding Spokane County, Spokane Regional Health District, and the purveyor harmless from claims by any tract purchaser refused a building permit due to failure of the plat sponsor to satisfactorily complete the approved water system.