

Exhibit "B"