Steve Holderby - Vol. I - July 10, 2015

                                                                61

1   field being in or near the easement, when did you learn
2   that?
3   A   I think it was July of 2013.  I don't know the specific
4   date.
5   Q   Do you know how you learned of it?
6   A   It was through a complaint.
7   Q   And who made the complaint?
8   A   Mr. Margitan.
9   Q   Do you remember what was the basis of his complaint?
10  A   The basis of his complaint was whether or not we were
11  aware that the drain field was in the easement and didn't
12  meet the setback requirements to an easement.
13  Q   This complaint, would you consider it a basic compliance
14  complaint issue?
15  A   Yeah.  I mean, we take all complaints, review them as to
16  their validity.
17  Q   And that type of complaint, is that something that you
18  deal with routinely?
19  A   I don't.  I may be involved in some of them.  In this
20  particular one, I was because I was contacted directly.
21  Q   So other than yourself, do you know who did you work
22  with dealing with this complaint?
23  A   I would have to review it.  But I handled probably this
24  one mostly myself.
25  Q   Why was that?

Exhibit "D"