

August 30, 2013

**COPY RECEIVED**
SEP 0 6 2013
MCKINLEY FOSSUM, P.S.

1101 West College Avenue
Spokane, WA 99201-2095

509.324.1500 | TEL
509.324.1464 | TDD
www.SRHD.org

Mark K. & Jaime Hanna
P.O. Box 586
Nine Mile Falls, WA 99026

Re: On-Site Sewage System Complaint at 14418 W. Charles Road

Dear Mark & Jaime Hanna:

It recently has come to this agency's attention that the on-site sewage system installed in March of 2003 was installed within an easement. The information that has been provided to us states that a 40-foot easement exists on your property and a portion of the drainfield is located within that easement.

We have reviewed both design plans and the as-built drawing provided to us for this on-site sewage system submitted by Larry Cook Excavating Inc. These documents indicate that a 20-foot easement exists and that the as-built drawing shows the drainfield 11 feet from the easement.

WAC 246-272A-210 (1) Table IV of the *On-Site Sewage Systems* regulations that govern on-site sewage systems under 3500 gallons of sewage per day requires a 5-foot setback from a property or easement line.

If the system does exist in the easement, it would be considered a nonconforming system and be subject to measures necessary to come into compliance with the rule cited above.

Please provide evidence that confirms that the on-site sewage system is not located within the 40-foot easement and that a 5-foot setback exists between the drainfield and the easement no later than September 10, 2013.

If you have any questions concerning this correspondence, please feel free to contact me by phone or email.

Sincerely,

Steven P. Holderby, R.S.
Liquid Waste Program Manager
Environmental Public Health Division

c: Michelle K. Fossum, Legal Counsel for Spokane Regional Health District

0097

Exhibit "E"