Steve Holderby - Vol. I - July 10, 2015

100

```
 1  on-site system.
 2  Q    But the actual terms and conditions inside that
 3  agreement, that was put together by your legal counsel and
 4  not you?
 5  A    That's correct.
 6  Q    And that initial draft that you saw, was that the first
 7  time that you saw any draft of that agreement?
 8  A    I don't recall but, I mean, based on that time period
 9  that's when it was happening.  Like I said, I don't know the
10  dates, I don't know Friday or Monday.  I just know that's
11  how we correspond.
12  Q    Okay.  It's my understanding that Spokane Regional
13  Health District came up with this agreement to resolve the
14  complaint issue that was filed by the Margitans; is that
15  right?
16  A    We were dealing with the non-conformance system and
17  based on litigation that was occurring with easements we
18  chose to delay it until such time that that litigation was
19  finalized and this is an issue that the Health Officer has
20  the authority to do.
21  Q    Okay.  The agreement itself though, that came about
22  because of the complaint that was filed by the Margitans?
23  A    That's correct.
24  Q    So this agreement was drafted in response to that
25  complaint?
```

Exhibit "G"

Steve Holderby - Vol. I - July 10, 2015

101

1  A   That's correct.
2  Q   This agreement was supposed to resolve the issues raised
3  in that complaint?
4  A   That's correct.
5  Q   Okay. And this non-conforming septic system interfered
6  with the easement that belonged to the Margitans. Is that
7  your understanding?
8  A   My understanding is that the easement was present for
9  ingress/egress and utilities and because it was placed in
10 the easement it became a non-conforming system and it was a
11 way of remedying that situation but was putting a hold on it
12 until litigation was completed.
13 Q   But the easement that we're talking about, that was the
14 Margitans' easement?
15 A   That's the one that's on the face of the plat. Yes.
16 Q   And when you put this agreement together, what input did
17 you have from the Margitans on this agreement?
18 A   None.
19 Q   Did you contact them regarding this agreement?
20 A   No.
21 Q   Why didn't you?
22 A   Maybe subsequently that the agreement had been filed.
23 I'm not sure what kind of correspondence happened between
24 our legal counsel and Mr. Margitan after the agreement was
25 done.

Exhibit "G"