(2012).

Plaintiffs have failed to establish good cause for the failure to add these claims prior to the date set forth in the scheduling order. Proposed claims 6 and 7 relate to the allegation that SRHD intentionally or negligently failed to properly enforce the WAC's. These claims are based on facts that have been known to the Plaintiffs from the inception of the lawsuit. Similarly, Plaintiffs have known that SRHD and Hanna's entered into an Agreement regarding the timeline of bringing the drain field into compliance with the WAC regarding the required set back from an easement since before they filed the within lawsuit. With respect to the claim under the Public Records Act, Plaintiffs were notified in July of 2015 that SRHD estimated it would take until December 2016 to provide copies of all 1300 complaint files requested by Margitans. The facts supporting these claims were not developed in discovery. Despite having knowledge of the basis for the claims, Margitans sat on these claims for months before requesting leave to amend. Margitans did not even seek to add these claims as part of their first motion to amend filed in September. Margitans have not, and cannot, establish good cause for waiting until the last minute to seek permission to add these claims. Plaintiffs' delay has deprived SRHD of its right to adequate notice of the basis of Plaintiffs' claims.

Allowing the amendment at this stage of the litigation would also prejudice SRHD. The Court has already heard argument on Defendants summary judgment motion, and now a second motion will need to be filed as to the new claims. Additional witnesses and experts may be necessary. Additional written discovery will be required. Requiring Defendant to re-do all of these tasks is prejudicial. This Court's scheduling order, CR 15

SCH.MARGITAN.SECONDAMEND.PLDG.DOC

SRHD/SRHDBOH OPPOSITION TO MOTION TO AMEND ... P. 4



SAYRE SAYRE & FOSSUM ATTORNEYS AT LAW
201 W. North River Dr., Suite 460  Spokane, WA 99201-2262
(509) 325-7330  FAX (509) 325-7334

Exhibit "K"