Michelle K. Fossum, WSBA #20249
Sayre Sayre & Fossum, P.S.
201 W. North River Dr., Suite #460
Spokane, WA 99201
Tel: (509) 325-7330
Fax: (509) 325-7334
michelle@sayrelaw.com
gina@sayrelaw.com

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

ALLAN MARGITAN and GINA MARGITAN, husband and wife

Plaintiffs,

vs.

SPOKANE REGIONAL HEALTH DISTRICT, a municipal corporation,

Defendant.

No. 2:19-cv-00323-RMP

**STIPULATED MOTION FOR DISMISSAL**

---

TO: Clerk of the Court

AND TO: J. Gregory Lockwood, and Milton G, Rowland, Counsel for Plaintiffs, Allan Margitan and Gina Margitan

IT IS HEREBY STIPULATED, by and between the parties hereto through their undersigned counsel of record, that this matter may be dismissed with prejudice as to Spokane Regional Health District, and without an award of attorney's fees or costs to either party.

Based on this Stipulation, the parties request that the Court enter an

STIPULATED MOTION FOR DISMISSAL ... P.1

Order dismissing this matter.

**SAYRE SAYRE & FOSSUM, P.S.**

By: *Michelle K Fossum*  Date: June 24, 2021
Michelle K. Fossum, WSBA #20249
Attorneys for Spokane Regional Health District

**LAW OFFICE OF J. GREGORY LOCKWOOD, PLLC**

By: _____  Date: _____
J. Gregory Lockwood, WSBA #20629
Attorneys for Allan and Gina Margitan

**LAW OFFICE OF MILTON G. ROWLAND**

By: _____  Date: _____
Milton G. Rowland, WSBA #15625
Attorneys for Allan and Gina Margitan

1  Order dismissing this matter.

2

3  **SAYRE SAYRE & FOSSUM, P.S.**

4

5  By: *[signature]*                                              Date:_____
   Michelle K. Fossum, WSBA #20249
6  Attorneys for Spokane Regional Health District

7

8  **LAW OFFICE OF J. GREGORY**
   **LOCKWOOD, PLLC**
9

10
    By: *[signature]*                                             Date: 6/24/21
11  J. Gregory Lockwood, WSBA #20629
12  Attorneys for Allan and Gina Margitan

13

14  **LAW OFFICE OF MILTON**
    **G. ROWLAND**
15

16
    By:_____                             Date:_____
17  Milton G. Rowland, WSBA #15625
18  Attorneys for Allan and Gina Margitan

19

20

21

22

23

24

25

STIPULATED MOTION FOR DISMISSAL    P 2



Order dismissing this matter.

**SAYRE SAYRE & FOSSUM, P.S.**


By:_____     Date:_____
Michelle K. Fossum, WSBA #20249
Attorneys for Spokane Regional Health District


**LAW OFFICE OF J. GREGORY LOCKWOOD, PLLC**


By:_____     Date:_____
J. Gregory Lockwood, WSBA #20629
Attorneys for Allan and Gina Margitan


**LAW OFFICE OF MILTON G. ROWLAND**


By: <u>Electronically Approved</u>         Date: <u>June 24, 2021</u>
Milton G. Rowland, WSBA #15625
Attorneys for Allan and Gina Margitan



# DECLARATION OF SERVICE

The undersigned declares under penalty of perjury under the laws of the State of Washington that on this day, I electronically filed a true and accurate copy of the document to which this declaration is affixed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

J. Gregory Lockwood
Law Office of J. Gregory Lockwood, P.L.L.C.
421 W. Riverside Avenue, Suite #960
Spokane, WA 99201
Telephone: (509) 624-8200
Fax: (509) 623-1491
jgregorylockwood@hotmail.com
vickie.jgl@gmail.com

Milton G. Rowland
Law Office of Milton G. Rowland
1517 W. Broadway Avenue
Spokane, WA 99201-1903
Telephone: (509) 327-2560
Fax: (509) 327-2560
milt@spokanelitigation.com

Dated this 24th day of June, 2021, at Spokane, Washington.

/s/Gina Christensen
Gina Christensen, Paralegal
Sayre Sayre & Fossum, P.S.
201 W. North River Dr., Ste. #460
Spokane, WA 99201
Tel: (509) 325-7330
Fax: (509) 325-7334
gina@sayrelaw.com


SAYRE SAYRE & FOSSUM ATTORNEYS AT LAW