FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 24, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALLAN MARGITAN and GINA MARGITAN, husband and wife,<br><br>            Plaintiffs,<br><br>   v.<br><br>SPOKANE REGIONAL HEALTH DISTRICT, a municipal corporation,<br><br>            Defendant. | NO: 2:19-CV-323-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Motion for Dismissal with Prejudice, ECF No. 62. Having reviewed the Motion and the record, the Court finds good cause to grant dismissal. Accordingly, **IT IS HEREBY ORDERED**:

1. The Stipulated Motion for Dismissal with Prejudice, **ECF No. 62**, is **GRANTED**.

2. Plaintiffs' Complaint is dismissed **with prejudice** and without fees or costs to any party.

3. All pending motions, if any, are **DENIED AS MOOT**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

4. All scheduled court hearings, if any, are **STRICKEN**.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, enter judgment of dismissal with prejudice, provide copies to counsel, and **close this case**.

**DATED** June 24, 2021.

                        *s/ Rosanna Malouf Peterson*
                        ROSANNA MALOUF PETERSON
                        United States District Judge